**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RAUL SAUL HERNANDEZ-HERNANDEZ,

Petitioner,

v.

DAVID A. MARIN, et al.,

Respondents.

Case No. 5:26-cv-04185-SSS -CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: October 13, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE